STATE OF NEW JERSEY v. GEORGE L. POWELL, JR.

March 23, 1981.

Petition for certification denied.   (See 176 *N.J.Super.* 190)

STATE OF NEW JERSEY v. BERTRAM WOOLSTON.

March 23, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JULIUS THORNTON.

March 23, 1981.

Petition for certification denied.

LIBOAK REALTY CO. v. CHELSEA TITLE
& GUARANTY COMPANY.

March 23, 1981.

Petition for certification denied.